# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL GORDON TANNER<br><br>*Defendant(s)* | Case No. 1:25-mj-02030-DRM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 11, 2025__ in the county of _____ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §751(a) | Escape From Custody Resulting From Conviction |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

*cory cade*
Complainant's signature

Deputy U.S. Marshal Cory Cade
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 13, 2025

*[Judge's signature]*
Judge's signature

Douglas R. Miller, U.S. Magistrate Judge
*Printed name and title*

City and state: Baltimore, Maryland

FILED
ENTERED
AUG 14 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY