IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | |
| MICHAEL GORDON TANNER | * | CASE NO. 1:25-mj-02030-DRM |
| | * | |
| | * | |
| Defendant. | * | |

## MOTION TO DISMISS CRIMINAL COMPLAINT

The United States of America, through undersigned counsel, moves this Honorable Court to dismiss without prejudice the Criminal Complaint in the above captioned matter, and in support says as follows:

1. On August 13, 2025, the Government charged the above-captioned Defendant by Criminal Complaint with a violation of Title 18 of the United States Code § 751(a), escape from custody resulting from conviction.

2. Since that time, the United States Marshal Service (USMS) arrested the Defendant.

3. The USMS processed the defendant after he self-surrendered, and the Government does not seek to continue prosecution.

4. WHEREFORE, the Government respectfully moves to dismiss without prejudice the above captioned complaint.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: ____/s/_____
Jared M. Beim
Assistant United States Attorney